**Order filed April 21, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00337-CR
_____

## EX PARTE ALICIA BRUMANT

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause No. 875141-B**

## O R D E R

The clerk's record was filed April 16, 2015. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record reflects that the case was reset to February 25, 2015, and an order denying relief was signed that day, but the record does not contain an order signed February 25, 2015.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **May 4, 2015**, containing the trial court's order signed on or about February 25, 2015, denying the application for writ of habeas corpus.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM